# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>\_BRIAN J. WELSH_____ )<br>)<br>)<br>)<br>Debtors.    )<br>)<br>\_BRIAN J. WELSH,_____  )<br>Plaintiffs    )<br>v.    )<br>)<br>JPMORGAN CHASE BANK,    )<br>NATIONAL ASSOCIATION,    )<br>)<br>Defendant | Case No: 14-11503 (BLS)<br>Chapter 13<br><br><br><br>Adv. Proc. No:<br><br>**Hearing Date: December 15, 2015 at 10:00 a.m.**<br>**Response Date: November 19, 2015 by 4:00 p.m.** |

## **COMPLAINT**

1. Plaintiff filed a Chapter 13 petition on June 18, 2014;

2. Plaintiff owns real property located at 1523 Bondridge Road, Wilmington, DE 19805;

3. There are three current mortgage liens against this real property that have as the only security this address. These mortgages are identified as Ocwen Loan Servicing, LLC (First Mortgage), JPMorgan Chase Bank (Second Mortgage) and Del-One Federal Credit Union (Third Mortgage);

4. The First Mortgage, Ocwen Loan Servicing, LLC did not file a proof of claim but upon information and belief, Debtor estimates the outstanding balance as $96,614.43;

5. The Second Mortgage filed a proof of claim listed as #10 in the amount of $63,229.36;

6. The Third Mortgage filed a proof of claim listed as #8 in the amount of $15,158.94;

7. This real property as listed on Debtors' schedules is valued at $93,856.00;

8. Since the First Mortgage on the property is claimed at $96,614.43 then the Second and Third Mortgages on the property exceed the value of the property with no equity to support a secured status;

9. The confirmed plan clearly states *"NOTHING DIRECTLY to be paid to Chase on the Bondridge 2nd Mtg. as there is no equity to support a secured status for this second lienholder…"*. The second lien holder, Defendant herein, did not object to this confirmed plan.

10. According to the Third, Fifth and Ninth Circuit Bankruptcy Appellate Panel, a junior lien can be modified where the debtor's home has no value to which it can attach. The defendant's claim should be stripped off. There is no equity to support a secured status for this creditor. The anti-modification clause of Section 1322(b)(2) does not apply.

11. This lien impairs Debtor's exemptions.

WHEREFORE, Plaintiff respectfully requests that the Second Mortgage lien held by JPMorgan Chase Bank be stripped off parcel I.D.: 07-035.40-050, 1523 Bondridge Road, Wilmington, DE 19805. The mortgage instrument number is 20060620-0058313. This mortgage should be deemed satisfied in full by the Recorder of Deeds.

COOPER LEVENSON, P.A.

Dated: October 19, 2015       BY: /s/ Erin K. Brignola
ERIN K. BRIGNOLA, ESQ. (DE 2723)
*Attorney for Debtor*
30 Fox Hunt Drive
Bear, DE 19701
(302) 838-2600
ebrignola@cooperlevenson.com