IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**IN RE:**

Brian J. Welsh,

    Debtor.

           }  Case No.: 14-11503 BLS

           }  Chapter 13

           }  **Hearing Date: November 24, 2015 at 10:00 a.m.**

           }  **Response Date: November 12, 2015 by 4:00 p.m.**

## MOTION TO QUASH JUDGMENT LIEN

1. On or about July 15, 2013, Cavalry SPV I, LLC, a limited liability company organized under the laws of Delaware, Assignee (Bank of America/FIA Card Services, NA-Original Creditor) ["Cavalry"], obtained a default judgment in the Court of Common Pleas against Brian J. Welsh, Debtor, which was transferred to the Superior Court. The Civil Action No. N13J-02520 once transferred is a lien against real property in New Castle County titled in the Debtor's name. The default judgment dated June 21, 2014 in the amount of $45,613.00 is effectively a lien on Brian J. Welsh's properties located at 1908 Gheen Road, Wilmington, DE 19808 and 1523 Bondridge Road, Wilmington, DE 19805. Both Debtor's parcels have mortgage liens perfected prior to this recorded lien and there is no equity to support a secured status.

2. The Debtor filed a Chapter 13 Petition on June 18, 2014 which included the debt to Cavalry SPV I, LLC as a Schedule F creditor.

3. This judgment lien impairs Debtor's exemptions and may be avoided pursuant to Title 11 U.S.C. Section 522(b) and (f).

WHEREFORE, Debtor respectfully requests that the judgment lien held by Cavalry SPV I, LLC, a limited liability company organized under the laws of Delaware, Assignee (Bank of

America/FIA Card Services, NA-Original Creditor), Civil Action No. N13J-02520 be stripped off parcel #08-043.20-123 and 07-035.40-050 (Bondridge). This judgment lien should be immediately stricken and avoided so that it does not survive as a lien after the bankruptcy case.

                                              COOPER LEVENSON, P.A.

                                              /s/Erin K. Brignola

Dated: October 26, 2015            ERIN K. BRIGNOLA, ESQ. (DE 2723)
                                              *Attorney for Debtor*
                                              30 Fox Hunt Drive
                                              Bear, DE 19701
                                              302-838-2600
                                              ebrignola@cooperlevenson.com