**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**IN RE:**

Brian J. Welsh,

    Debtor.

} Case No.: 14-11503 BLS
} Chapter 13
} **Hearing Date: November 24, 2015 at 10:00 a.m.**
} **Response Date: November 12, 2015 by 4:00 p.m.**

## MOTION TO QUASH JUDGMENT LIEN

1. On or about May 22, 2014, Cavalry SPV I, LLC, Assignee (FIA Card Services, NA/Ducks Unlimited-Original Creditor) ["Cavalry SPV"], obtained a default judgment in the Justice of the Peace Court against Brian J. Welsh, Debtor, which was transferred to the Superior Court. The Civil Action No. N14J-02097 once transferred is a lien against real property in New Castle County titled in the Debtor's name. The default judgment dated May 22, 2014 in the amount of $12,171.03 is effectively a lien on Brian J. Welsh's properties located at 1908 Gheen Road, Wilmington, DE 19808 and 1523 Bondridge Road, Wilmington, DE 19805. Both Debtor's parcels have mortgage liens perfected prior to this recorded lien and there is no equity to support a secured status.

2. The Debtor filed a Chapter 13 Petition on June 18, 2014 which included the debt to Cavalry SPV I, LLC as a Schedule F creditor.

3. This lien impairs Debtor's exemptions and may be avoided pursuant to Title 11 U.S.C. Section 522(b) and (f) and Section 547.

WHEREFORE, Debtor respectfully requests that the judgment lien held by Cavalry SPV I, LLC, Assignee (FIA Card Services, NA/Ducks Unlimited-Original Creditor), Civil Action No. N14J-02097 be stripped off parcel #08-043.20-123 and 07-035.40-050 (Bondridge). This

judgment lien should be immediately stricken and avoided so that it does not survive as a lien after the bankruptcy.

|  |  |
|---|---|
| Dated: October 26, 2015 | COOPER LEVENSON, P.A.<br><br>  /s/Erin K. Brignola____<br>ERIN K. BRIGNOLA, ESQ. (DE 2723)<br>*Attorney for Debtor*<br>30 Fox Hunt Drive<br>Bear, DE 19701<br>302-838-2600<br>ebrignola@cooperlevenson.com |